UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* KARI CRUTCHER,<br><br>           Plaintiff,<br><br>v.<br><br>FIRST GUARANTY MORTGAGE CORPORATION, PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, PIMCO INVESTMENTS LLC, and ANDREW PETERS,<br><br>           Defendants. | Case No. 16-cv-03812-TWT |

**STIPULATION AND ORDER**

  WHEREAS, on June 29, 2023, Defendants Pacific Investment Management Company LLC and PIMCO Investments LLC (together, the "PIMCO Defendants") moved to dismiss the Supplemental Second Amended Complaint (the "Motion to Dismiss," ECF No. 99);

  WHEREAS, on July 17, 2023, the Court granted Plaintiff-Relator's Unopposed Motion for an Extension of time, which set deadlines of August 4, 2023 for Plaintiff-Relator's opposition to the Motion to Dismiss and August 25 for the PIMCO Defendants' reply in further support of the Motion to Dismiss, ECF No. 101;

WHEREAS, Plaintiff intends to move this Court to transfer the case to the District of Delaware, and the PIMCO Defendants and Andrew Peters have stated they will not oppose that motion (the "Motion to Transfer");

WHEREAS, on August 2, 2023, Plaintiff filed a motion with the bankruptcy court in the District of Delaware for a modification of the permanent injunction in the First Guarantee Mortgage Corp. bankruptcy to allow Plaintiff to file the Motion to Transfer in this action, which is currently scheduled for a hearing with the bankruptcy court on September 5, 2023;

WHEREAS Plaintiff and the PIMCO Defendants agree that any briefing on the Motion to Dismiss should be stayed pending a ruling on the anticipated Motion to Transfer, and intend to present an agreed upon briefing schedule for the Court's consideration subsequent to such a ruling;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, subject to the approval of the Court, that all briefing on the pending Motion to Dismiss is STAYED, without prejudice to the Motion to Dismiss.

SO ORDERED this 29th day of August, 2023.

_____
United States District Court Judge

Consented to and submitted by:

| | |
|---|---|
| */s/     Samuel J. Buffone Jr.* | */s/     Noah Gillespie* |

Samuel J. Buffone, Jr. (admitted pro hac vice)
Michael DeJesus
BLACK & BUFFONE PLLC
1400 Eye Street, NW, Suite 200
Washington, D.C. 20005
Telephone: (202) 997-8562
Email: sam@blackandbuffone.com

-and-

J. Nelson Thomas, Esq. (pro hac vice)
Jonathan W. Ferris, Esq. (pro hac vice)
THOMAS & SOLOMON LLP
693 East Avenue
Rochester, New York 14607
Telephone: (585) 272-0540
nthomas@theemploymentattorneys.com
jferris@theemploymentattorneys.com

-and-

Julie K. Bracker
Georgia Bar No. 073803
Jason Marcus
Georgia Bar No. 949698
BRACKER & MARCUS LLC
3355 Lenox Road
Suite 660
Atlanta, GA 30326
Telephone: (770) 988-5035
Fax (678) 648-5544
Julie@FCAcounsel.com
Jason@FCAcounsel.com

*Attorneys for Relator*

Craig A. Gillen
(Georgia Bar No. 294838)
Anthony C. Lake
(Georgia Bar No. 431149)
GILLEN, WITHERS & LAKE, LLC
400 Galleria Parkway, SE Suite 1920
Atlanta, GA 30339
Tel: (404) 842-9700
Fax: (404) 842-9750
Email: cgillen@gwllawfirm.com
aclake@gwllawfirm.com

-and-

SCHULTE ROTH & ZABEL LLP
Peter H. White
Noah N. Gillespie
555 13th Street NW, Suite 6W
Washington, DC 20004
(Admitted *Pro Hac Vice*)

-and-

Kristine Manoukian
919 Third Avenue
New York, NY 10022
(Admitted *Pro hac vice)*

*Attorneys for Defendants Pacific Investment Management Company LLC and PIMCO Investments LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 3, 2023, a true and accurate copy of the foregoing was filed with the Clerk of the Court using the Court's Electronic Filing System and served on all parties of record via CM/ECF.

*/s/  Samuel J. Buffone Jr.*
