UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*<br>KARI CRUTCHER,<br><br>*Plaintiff*,<br><br>v.<br><br>FIRST GUARANTY MORTGAGE CORPORATION, PACIFIC INVESTMENT MANAGEMENT COMPANY, LLC, PIMCO INVESTMENTS, LLC, AARON SAMPLES, ANDREW PETERS, JILL WINTERS and SUZY LINDBLOM,<br><br>*Defendants*. | MOTION FOR LEAVE TO FILE A MOTION TO DISMISS CLAIMS PURSUANT TO RULE 41(a)(2) AND TO FILE A THIRD AMENDED COMPLAINT<br><br>Civil Action No.<br>16-CV-03812-TWT |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE A MOTION TO DISMISS CLAIMS PURSUANT TO RULE 41(a)(2) and TO FILE A THIRD AMENDED COMPLAINT

Plaintiff-Relator Kari Crutcher, by and through undersigned counsel, respectfully submits its Motion for Leave to File a Motion to Dismiss Claims Pursuant to Rule 41(a)(2) and To File a Third Amended Complaint. Plaintiff-Relator's proposed Third Amended Complaint is attached to this motion.

Respectfully submitted,

/*s*/ J. Nelson Thomas

J. Nelson Thomas, Esq. (Admitted *pro hac vice*)
Jonathan W. Ferris, Esq. (Admitted *pro hac vice*)
**THOMAS & SOLOMON LLP**
693 East Avenue
Rochester, New York 14607
Telephone: (585) 272-0540
nthomas@theemploymentattorneys.com
jferris@theemploymentattorneys.com

-and-

Julie K. Bracker
Georgia Bar No. 073803
Jason Marcus
Georgia Bar No. 949698
**BRACKER & MARCUS LLC**
3355 Lenox Road
Suite 660
Atlanta, GA 30326
Telephone: (770) 988-5035
Fax (678) 648-5544
Julie@FCAcounsel.com
Jason@FCAcounsel.com

*Attorneys for Plaintiff-Relator Kari Crutcher*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* <br> KARI CRUTCHER, <br><br> *Plaintiff*, <br><br> v. <br><br> FIRST GUARANTY MORTGAGE CORPORATION, PACIFIC INVESTMENT MANAGEMENT COMPANY, LLC, PIMCO INVESTMENTS, LLC, AARON SAMPLES, ANDREW PETERS, JILL WINTERS and SUZY LINDBLOM, <br><br> *Defendants*. | Civil Action No. <br> 16-CV-03812-TWT |

### AFFIRMATION OF NELSON THOMAS IN SUPPORT OF MOTION FOR LEAVE TO FILE A MOTION TO DISMISS CLAIMS PURSUANT TO RULE 41(a)(2) AND TO FILE A THIRD AMENDED COMPLAINT

**Nelson Thomas**, under penalty of perjury deposes and states:

1. This case has a complex procedural history which, for the sake of judicial economy, will be omitted here, except where relevant.

2. As set forth in more detail in Docket Nos. 104-107, the defendants have moved this Court for the lift of the stay to allow for their complete dismissal from this action based on a decision from a bankruptcy judge in the United States District Court for the District of Delaware

("District of Delaware Bankruptcy Court"). For the reasons set forth in our response papers, the Relator does not believe that lifting the stay is warranted pending the appeal of the decision of the bankruptcy judge in the Delaware action.

3. Moreover, the bankruptcy judge was clear in his decision that he rejected Defendants' arguments that the claims against them be dismissed "with prejudice" — "I don't think that's appropriate." Transcript of Bankruptcy Proceeding, September 5, 2023, Docket No. 104-2 at 67: 23-24.

4. The bankruptcy judge held instead that:

> The determination that the complaint asserts claims that are barred by the plan injunction is not an adjudication of those claims on the merits such that prejudice would attach, it's simply a determination that they cannot proceed, consistent with the injunction and, if a different claim were asserted in a way that did not violate the injunction, I don't think that the movants ought to be in any better position by virtue of this order to argue that the claim had already been adjudicated and, therefore, was within the scope of this injunction by virtue of this determination.

*Id.* at 68: 1-13.

5. Therefore, defendants' motion for their entire dismissal from this action based on the decision of the bankruptcy court is without merit.

The decision of that Court held the reverse—that the claims against defendants were not dismissed with prejudice precisely so they could be replead.

6. Although the defendants initially moved this Court to dismiss this action, after the briefing was complete, they decided to then file a new motion in District of Delaware Bankruptcy Court to hold the Relator in contempt for not dismissing the claims against it in this Court. (Of course no such motion was possible given this Court's stay which remained in effect.) Although there were a number of options in terms of responding to the defendants' motion in the District of Delaware Bankruptcy Court, Relator concluded the most efficient was to ask this Court to lift its stay to allow plaintiff to file a motion to dismiss claims pursuant to Federal Rule of Civil Procedure 41(a)(2) and for leave to file a third amended complaint because repeated litigation of the issue was not warranted. As defendants appear to recognize in their papers before the District of Delaware Bankruptcy Court, the motion to dismiss the claims against the defendants must be done by leave of court both because an answer has been filed and because a party cannot partially dismiss a complaint under Rule 41(a)(1) as the defendants request. *Absolute Activist Value Master Fund Limited v.*

*Devine*, 998 F.3d 1258, 1265 (11th Cir. 2021) ("This Court has made abundantly clear that a Rule 41(a)(1) voluntary dismissal disposes of the *entire* action, not just some of the plaintiffs' claims.")

7. The proposed Third Amended Complaint attached to this motion both removes the form of the claims barred by the District of Delaware Bankruptcy Court and cures some claimed deficiencies defendants had with Relator's earlier proposed amended complaint. The proposed Third Amended Complaint also realigns the facts to assert claims that are allowed under the ruling of the District of Delaware Bankruptcy Court. Therefore, we respectfully request that this Court grant this motion for leave to file a motion to dismiss claims pursuant to Rule 41(a)(2) and for leave to amend the complaint. Because this case is in its earliest stages, and no discovery has been conducted, there is no prejudice to granting the amendment particularly as it is designed to meet the defendants' objections and comply with the ruling of the District of Delaware Bankruptcy Court.

8. Attached hereto as **Exhibit A** is a clean copy of Relator's proposed Third Amended Complaint.

9. Attached hereto as **Exhibit B** is a redlined version of Relator's proposed Third Amended Complaint.

I affirm under penalty of perjury that the foregoing is true and correct.

By: /s/ J. Nelson Thomas
J. Nelson Thomas, Esq. (*pro hac vice*)
Jonathan W. Ferris, Esq. (*pro hac vice*)
**THOMAS & SOLOMON LLP**
693 East Avenue
Rochester, New York 14607
Telephone: (585) 272-0540
nthomas@theemploymentattorneys.com
jferris@theemploymentattorneys.com

Julie K. Bracker
Georgia Bar No. 073803
Jason Marcus
Georgia Bar No. 949698
**BRACKER & MARCUS LLC**
3355 Lenox Road
Suite 660
Atlanta, GA 30326
Telephone: (770) 988-5035
Fax (678) 648-5544
Julie@FCAcounsel.com
Jason@FCAcounsel.com

*Attorneys for Relator*

## **CERTIFICATION**

Counsel for Plaintiff-Relator Kari Crutcher certifies, per N.D. Ga. L. Civ. R. 7.1D, that the foregoing document was prepared with one of the fonts and point selections (Book Antiqua, 14 point) approved by N.D. Ga. L. Civ. R. 5.1B.

/*s*/ J. Nelson Thomas

J. Nelson Thomas, Esq. (Admitted *pro hac vice*)
Jonathan W. Ferris, Esq. (Admitted *pro hac vice*)
**THOMAS & SOLOMON LLP**
693 East Avenue
Rochester, New York 14607
Telephone: (585) 272-0540
nthomas@theemploymentattorneys.com
jferris@theemploymentattorneys.com

*Attorneys for Plaintiff-Relator Kari Crutcher*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the indicated date, the undersigned filed and served the foregoing document, using the Court's CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

Dated: October 13, 2023  /*s/*  J. Nelson Thomas

J. Nelson Thomas, Esq. (Admitted *pro hac vice*)
Jonathan W. Ferris, Esq. (Admitted *pro hac vice*)
THOMAS & SOLOMON LLP
693 East Avenue
Rochester, New York 14607
Telephone: (585) 272-0540
nthomas@theemploymentattorneys.com
jferris@theemploymentattorneys.com

*Attorneys for Plaintiff-Relator Kari Crutcher*