UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* <br> KARI CRUTCHER, <br><br> *Plaintiff*, <br><br> v. <br><br> FIRST GUARANTY MORTGAGE CORPORATION, PACIFIC INVESTMENT MANAGEMENT COMPANY, LLC, PIMCO INVESTMENTS, LLC, AARON SAMPLES, ANDREW PETERS, JILL WINTERS and SUZY LINDBLOM, <br><br> *Defendants*. | [PROPOSED] ORDER <br><br> Civil Action No. <br> 16-CV-03812-SCJ |

## ORDER

This matter having come before this Court and for good cause shown, this Court hereby GRANTS Plaintiff-Relator's Motion for Leave to File a Supplemental Third Amended Complaint. The Clerk of the Court is DIRECTED to file the Motion's attachment as Plaintiff-Relator's Third Amended Complaint.

- 2 -

SO ORDERED this _____ day of _____, 2023.

_____
Honorable Thomas W. Thrash, Jr.